THE STATE EX REL. THE TOWN OF WOODLAND VS. THE BOARD OF SUPERVISORS OF SAUK COUNTY.

*January 10 — January 31, 1888.*

State ex rel. Baraboo v. Sauk Co., ante, p. 485, followed.

MANDAMUS. The facts in this case are similar to those in the case of *State ex rel. The Town of Baraboo v. The Board of Supervisors of Sauk County, ante,* p. 485, and need not be stated.

*R. D. Evans* and *I. C. Sloan,* for the respondent.
*J. E. Wright* and *John Barker,* for the relator.

COLE, C. J. This case involves the same questions as those considered in *State ex rel. Baraboo v. Sauk Co., ante,* p. 485. The relation in this case is defective, as was the relation in that. The motion to quash must be granted, but with leave to the relator to amend the relation and writ by supplying the necessary statement that the relator was authorized and directed by the voters of the town at a town

meeting to commence this proceeding. A reasonable time is allowed the relator to make the amendment.

*By the Court.*— Ordered accordingly.